**No. 42531.**—Protests 961426–G, etc., of Western Novelty Co. (Los Angeles).

455

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) the mechanical pencils were held properly classified under paragraph 1550 (c), and the silver-plated animal figures, to which they were attached, at 40 percent under paragraph 339.